PD-1133-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/31/2015 4:25:02 PM
Accepted 9/1/2015 12:40:30 PM
ABEL ACOSTA
CLERK

NO. _____

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## AT AUSTIN

------------------------------------------------------------

## NO. 01-14-00345-CR

## IN THE COURT OF APPEALS FOR THE

## FIRST DISTRICT OF TEXAS

## AT HOUSTON

------------------------------------------------------------

**BRANDON DERRAIL EVANS,**          **APPELLANT**

**V.**

**THE STATE OF TEXAS,**          **APPELLEE**

------------------------------------------------------------

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

------------------------------------------------------------

**Winston E. Cochran, Jr.**
Attorney at Law
Texas Bar No. 04457300
P.O. Box 2945
League City, TX 77574
Tel. (713) 228-0264
E-mail:winstoncochran@comcast.net

Counsel for Appellant

FILED IN
COURT OF CRIMINAL APPEALS

September 1, 2015

ABEL ACOSTA, CLERK

**TO THE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW the appellant, Brandon Derrail Evans (hereinafter "Evans"), through the undersigned counsel, and respectfully requests that this Court extend the time to file a petition for discretionary review of the decision in this cause by the Court of Appeals for the First District of Texas, for reasons set forth as follows.

1. Evans was indicted for Possession of a Firearm by a Felon. A jury found Evans guilty as charged. Punishment was assessed at confinement for five years in the Texas Department of Criminal Justice, Correctional Institutions Division. Evans gave timely notice of appeal.

2. On appeal Evans challenged the sufficiency of the evidence to show that he knowingly possessed a firearm which was located on the floor of a vehicle in which he was seated. The issue essentially was a question as to how the "affirmative links" doctrine applied. The Court of Appeals affirmed the judgment of the district court on July 30, 2015.

3. A petition for discretionary review is due on Monday, August 31, 2015. Evans requests an extension of time for filing a petition until October 2, 2015.

4. The reasons for the requested extension are as follows:

Since the date of the Court of Appeals' opinion in this cause, Evans' counsel has been unable to complete a petition in this cause due to competing obligations in trial, appellate, and habeas cases, including the following:

(1) *Jose Pablo Lopez v. State*, No. 01-15-00055-CR in the Court of Appeals for the First District of Texas. This appeal from a Capital Murder conviction in Galveston County required a 53-page brief, filed on August 3, 2015.

(2) *United States v. Clarence Buck*, No. 4:13-cr-00491-1 in the United States District Court for the Southern District of Texas. This case is a Hobbs Act prosecution for store robberies, and the undersigned attorney has assisted the trial attorneys in preparing pretrial motions, including a challenge to the use of the Hobbs Act in such cases. The undersigned attorney also had to help trial counsel with the unanticipated problem of spoliation of evidence, which emerged in the middle of trial.

(3) *Ex parte Michael Ramirez*, No. 1334211-A in the 182nd District Court of Harris County. This state postconviction writ application had to be filed in early August, 2015 in order to toll the running of the AEDPA statute of limitations.

(4) *Pete Russell, Jr. v. William Stephens, Director, Texas Department of Criminal Justice, Correctional Institutions Division*, in the United States District Court for the Southern District of Texas. Counsel has been working on an amended petition (the equivalent of a memorandum of law in state habeas proceedings) in a death-penalty case.

Evans is requesting slightly more than a thirty-day extension because his counsel also is seeking an extension to file a petition for discretionary review in another case, *Andrew Demond Haynes v. State*, by September 30, 2015. Having a two-day cushion for filing this petition, rather than trying to file two petitions in unrelated cases on the same day, would be helpful.

5. The issue which Evans intends to present in his petition will be the following question, or a similarly worded question:

Did the Court of Appeals err in its interpretation and application of the "affirmative links" concept in holding that the evidence was sufficient?

This is essentially a question of interpreting the law, particularly the balance between "links" which are shown and those which are not, rather than a question of the state of the evidence in the particular case.

Wherefore Evans prays that the time for filing a petition for discretionary review in this cause be extended to October 2, 2015.

Respectfully submitted,

**/s/ Winston E. Cochran, Jr.**
Winston E. Cochran, Jr.
Attorney at Law
Texas Bar No. 04457300
P.O. Box 2945
League City, TX 77574
Tel. (713) 228-0264
E-mail:winstoncochran@comcast.net
Counsel for Appellant

## CERTIFICATE OF SERVICE

I certify that copies of this petition have been served on counsel for the State

electronically or by mail at the following addresses on August 31, 2015:

Galveston County District Attorney's Office    Hon. Lisa C. McMinn
Appellate Division    State Prosecuting Attorney
Attention: Rebecca Klaren    P.O. Box 13046
600 59th Street    Austin, TX 78711-3046
Galveston, TX 77551

/s/ Winston E. Cochran, Jr.
Winston E. Cochran, Jr.